22 F.3d 300
 Bates (Joseph B.)
v.
Bell Telephone Co. of Pennsylvania, Bell Atlantic Pension
Plan, Bell Atlantic Medical Expense Plan for Active
Non-Management Employees and Retired Non-Management
Employees of Bell Atlantic Network Services, Inc., Bell
Atlanticom Systems, Inc., New Jersey Bell Telephone Co.,
Bell Telephone Co. of Pennsylvania, C&P Telephone Companies,
Diamond State Telephone Co., Bell Atlantic Sickness &
Accident Plan, Bell Atlantic Dental Expense Plan, Bell
 NO. 93-3384
 United States Court of Appeals,
Third Circuit.
 Mar 17, 1994
 
 1
 Appeal From: W.D.Pa.
 
 Block
 
 2
 AFFIRMED.